United States Bankruptcy Court
District of Connecticut

In re:                                                                 Case No. 15-20951-amn
Elnora M. Rowan                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: ldurrenbe        Page 1 of 3         Date Rcvd: May 25, 2016
                          Form ID: 112           Total Noticed: 124

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2016.
```
db          +Elnora M. Rowan,    152 Shadycrest Drive,    East Hartford, CT 06118-2744
cr          +The Bank of New York Mellon,    c/o Specialized Loan Servicing, LLC,
              8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
8425133     +AOL,    PO BOX 65110,    Sterling, VA 20165-8812
8425134     +ARS National Services, Inc,    PO BOX 463023,    Escondido, CA 92046-3023
8425126     +Accounts Recivable Management,    P.O. Box 129,    Thorofare, NJ 08086-0129
8425130     +Allied Interstate,    PO BOX 5023,    New York, NY 10163-5023
8484822      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA 90051-5478
8425135     +Associated ENT Specialists,    901 Farmington Ave 3rd Floor,    West Hartford, CT 06119-1418
8425138     +Bank Of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
8487113     +Basil Thomas,    PO Box 7435,    Bloomfield, CT 06002-7435
8425139     +Basil Thomas,    71 Osprey,    South Windsor, CT 06074-4314
8425140     +Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
8425141     +Black Expressions,    PO BOX 916536,    Indianapolis, IN 46291-6536
8425142     +Brenda Freeman,    2771 N.W. 172 Terrace,    Miami Gardens, FL 33056-4450
8425231    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: TMobile Bankruptcy Team,      PO BOX 53410,    Bellevue, WA 98015)
8425143     +CACH LLC,    c/o CT Corporation System,    One Corporate Center,    Hartford, CT 06103-3290
8425147     +CCSMC Spectrum/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
8425152    ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
             (address filed with court: Comcast,     P.O. Box 196,    Newark, NJ 07101)
8425144      Capital One,    Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
8425148     +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
8425149     +CitiBank,    PO Box 6497,    Sioux Falls, SD 57117-6497
8425150      Citibank (South Dakota) N.A.,    701 East Street,    Sioux Falls, SD 57104
8425151     +Client Services INC,    3451 Harry S Truman BLVD,    Saint Charles, MO 63301-9816
8425153     +Comcast- Western New England,    c/o Credit Management,    PO BOX 118288,
              Carrollton, TX 75011-8288
8425154     +Consumer Cellular,    7204 SW Durham Road,    Suite 300,    Portland, OR 97224-7574
8425155     +Convergent Outsourcing, Inc,    PO BOX 9004,    Wixom, MI 48393-1022
8425156     +Cora Physical Therapy,    580 Burnside Ave,    STE 2,    East Hartford, CT 06108-3579
8425158    #+Credit Control. LLC,    PO BOX 4187,    Hazelwood, MO 63042-0787
8425157     +Credit Control. LLC,    PO BOX 488,    Hazelwood, MO 63042-0488
8425162    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,     PO Box 78626,    Phoenix, AZ 85062-8626)
8425160     +DailyWord,    1901 NW Blue Parkway,    Lees Summit, MO 64065-0001
8425161     +Dell Financial Servics,    PO BOX 6403,    Carol Stream, IL 60197-6403
8425163     +Doubleday Book Club,    Book-of-the-Month-Club,    PO BOX 916536,    Indianapolis, IN 46291-6536
8425166     +ENT Specialist,    901 Farmington Ave 3rd Floor,    West Hartford, CT 06119-1418
8425167     +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
8425165     +Enhanced Recovery Corporation,    PO BOX 57547,    Jacksonville, FL 32241-7547
8425168     +Equinox,    Financial Managment Solutions,,    PO BOX 455,    Park Ridge, IL 60068-0455
8425169     +Essence,    PO BOX 60001,    Tampa, FL 33660-0001
8425174    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management,      PO BOX 725069,    Atlanta, GA 31139)
8425172     +First NAtional Collection,    610 Waltham Way,    Sparks, NV 89434-6695
8425171     +First National Bank,    PO BOX 96,    Suffield, CT 06078-0096
8425173     +Firstsource,    205 Bryant Woods South,    Buffalo, NY 14228-3609
8425176      Ginny's,    1112 7TH Avenue,    Monroe, WI 53566-1364
8451865     +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
8474583     +HOP Energy LLC,    dba Automatic TLC,    c/o William G. Reveley & Associates,    PO Box 657,
              Vernon, CT 06066-0657
8425183     +HS Financial Group, LLC,    PO BOX 451193,    Westlake, OH 44145-0630
8425184    #+HSBC,    Attn: Bankruptcy Dept.,    PO BOX 5213,    Carol Stream, IL 60197-5213
8425177     +Halloran & Sage, LLP,    213 Court Street #205,    Middletown, CT 06457-3379
8425178     +Hartford Orthopedic Surgeons,    1000 Asylum Ave, STE 2108,    Hartford, CT 06105-1715
8425179     +Hertzmark Crean & Lahey, LLP,    76 center Street,    Waterbury, CT 06702-2193
8425180     +Homeowners Finance CO,    530 Silas Deane Highway,    Wethersfield, CT 06109-2227
8425181     +Hop Energy, LLC.,    d/b/a Automatic TLC,    50 Weston Street,    Hartford, CT 06120-1504
8425182     +Howard Lee Schiff,    PC Law Offices,    510 Tolland Street,    East Hartford, CT 06108-2523
8425185     +Hunt Leibert Jacobson, P.C,    50 Weston Street,    Hartford, CT 06120-1504
8425188     +International Media Concepts,    PO BOX 437,    New Hyde Park, NY 11040-0437
8425189     +J.A. Cambece Law Office, P.C.,    200 Cummings Center,    Suite 173-D,    Beverly, MA 01915-6190
8425192      JH Portfolio Debt Equities,,    5757 Phantom Drive,    Hollywood, FL 33024
8425190     +Janice Brooks,    208 Miller Way,    Windsor, CT 06095-1762
8425193     +John Scanlon,    30 Bader Lane,    Glastonbury, CT 06033-1472
8509851     +John Scanlon,    c/o Brad Malicki,    Halloran and Sage LLP,    213 Court Street,
              Middletown, CT 06457-3379
8425194     +LHR Inc,    56 Main St,    Hamburg, NY 14075-4905
8425195     +Lisa Clemons,    51 Pioneer Drive,    Windsor, CT 06095-1226
8486425     +Lisa V. Edwards-Clemons,    201 NW 7th St., Unit 209,    Miami, FL 33136-3905
8425196     +Main Street Acquistion Corp,    7473 West Lake Mead RD #216,    Las Vegas, NV 89128-0265
```

```
District/off: 0205-2          User: ldurrenbe             Page 2 of 3              Date Rcvd: May 25, 2016
                              Form ID: 112                Total Noticed: 124


8435574        +Midland Credit Management, Inc as agent for,   Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
8425202        +Midnight Velvet,   1112 7th Avenue,   Monroe, WI 53566-1364
8450549        +Midnight Velvet,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
8447381        +Monroe & Main,   c/o Creditors Bankruptcy Service,    P O Box 800849,   Dallas, TX 75380-0849
8425203        +Monrow and Main,   1112 7TH Ave,   Monroe, WI 53566-1364
8425204        +National Recovery Agency,   PO Box 67015,   Harrisburg, PA 17106-7015
8425208        +North Shore Agency,   270 Spagnoli Road,   Melville, NY 11747-3516
8425209         North Shore Agency, Inc,   PO Box 9205,   Old Bethpage, NY 11804-9005
8425210        +Penn Credit Corporation,   PO BOX 988,   Harrisburg, PA 17108-0988
8425211        +Professional Recovery,   Consultants, Inc,   PO BOX 51187,   Durham, NC 27717-1187
8425212        +Publishers Clearing House,   PO BOX 6344,   Harlan, IA 51593-1844
8425217         RJM Acquisitions LLC,   PO BOX 18006,   Hauppauge, NY 11788
8425216         RJM Acquisitions LLC,   575 Underhill Boulevard,   Suite 224,   Hauppauge, NY 11788
8425214        +Radiology Assoc of Hartford,   1000 Asylum Ave.,Suite 3201 E,   Hartford, CT 06105-1714
8425215        +Reveley William G. & Assoc,   PO BOX 657,   Vernon, CT 06066-0657
8425221        +SLS, Inc.,   8742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129-2386
8425218        +Scientific American,   PO BOX 916400,   Rantoul, IL 61866-6400
8425219        +Seventh Avenue,   1112 7TH AVE,   Monroe, WI 53566-1364
8453153        +Seventh Avenue,   c/o Creditors Bankruptcy Service,   P O Box 800849,   Dallas, TX 75380-0849
8425220        +Shechtman, Halperin, Savage,,   1080 Main Street,   Pawtucket, RI 02860-4847
8425222        +Smithsonian Institution,   PO BOX 62060,   Tampa, FL 33662-2060
8425225        +Target Card Services,   PO Box 660170,   Dallas, TX 75266-0170
8425226        +Tate & Kirlin Associates,   2810 Southampton Road,   Philadelphia, PA 19154-1207
8453950        +The Bank of New York Mellon Trustee (See B10),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
8425227        +The Billing Center,   PO BOX 421214,   Palm Coast, FL 32142-1214
8425228        +The Billing Center,   Time Customer Service,   PO BOX 60001,   Tampa, FL 33660-0001
8425229        +The Law Office of Keith,   Shaw, LLC,   1160 Silas Deane Highway,   Wethersfield, CT 06109-4397
8425230        +The New York Times,   PO BOX 371456,   Pittsburgh, PA 15250-7456
8425232        +Tobin & Melien,   45 Court Street,   New Haven, CT 06511-6962
8425233        +Town of East Hartford,   PO BOX 380073,   East Hartford, CT 06138-0073
8425234        +Universal Fidelity LP,   P.O. Box 941911,   Houston, TX 77094-8911
8425235        +Verizon Wireless,   P.O. Box 15062,   Albany, NY 12212-5062
8425236        +WFNNB,   Attention: Bankruptcy Dept.,   PO BOX 182125,   Columbus, OH 43218-2125
8425237        +Woman Within,   PO Box  659728,   San Antonio, TX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8425127        +E-mail/Text: amscbankruptcy@adt.com May 25 2016 18:38:03     ADT Security Services,
                 PO BOX 371490,   Pittsburgh, PA 15250-7490
8425134        +E-mail/Text: legal@arsnational.com May 25 2016 18:37:43     ARS National Services, Inc,
                 PO BOX 463023,   Escondido, CA 92046-3023
8425136        +E-mail/Text: g20956@att.com May 25 2016 18:38:00     AT&T Mobility,   PO BOX 537104,
                 Atlanta, GA 30353-7104
8425137        +E-mail/Text: g17768@att.com May 25 2016 18:37:37     AT&T Services,   1 Science Park,
                 New Haven, CT 06511-1963
8425128        +E-mail/PDF: recoverybankruptcy@afninet.com May 25 2016 18:44:24      Afni,   PO Box 3517,
                 Bloomington, IL 61702-3517
8425129        +E-mail/PDF: recoverybankruptcy@afninet.com May 25 2016 18:38:56      Afni Inc,
                 1310 Martin Luther King Drive,   Bloomington, IL 61701-1465
8457968         E-mail/Text: ally@ebn.phinsolutions.com May 25 2016 18:37:36     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
8425131        +E-mail/Text: ally@ebn.phinsolutions.com May 25 2016 18:37:36     Ally Financial,
                 PO Box 380901,   Minneapolis, MN 55438-0901
8425132        +E-mail/Text: American@AABinfo.net May 25 2016 18:37:41     American Adjustment Bureau,
                 P.O. Box 2758,   Waterbury, CT 06723-2758
8459533         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2016 18:44:24
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
8446129        +E-mail/Text: ebn@squaretwofinancial.com May 25 2016 18:37:56     CACH, LLC,
                 4340 S. Monaco Street, 2nd Floor,   Denver, CO 80237-3485
8425146         E-mail/Text: bankruptcy@cashcall.com May 25 2016 18:38:03     Cash Call,   PO BOX 66007,
                 Anaheim, CA 92816
8425145        +E-mail/Text: bkr@cardworks.com May 25 2016 18:37:35     Carson Smithfield, LLC,   PO BOX 9216,
                 Old Bethpage, NY 11804-9016
8425170        +E-mail/Text: data_processing@fin-rec.com May 25 2016 18:37:42
                 Financial Recovery Services, I,   PO Box 385908,   Minneapolis, MN 55438-5908
8425175        +E-mail/PDF: gecsedi@recoverycorp.com May 25 2016 18:38:49     GE Money Bank,   P.O. Box 960061,
                 Orlando, FL 32896-0061
8425186        +E-mail/Text: cio.bncmail@irs.gov May 25 2016 18:37:40     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
8425191         E-mail/Text: JCAP_BNC_Notices@jcap.com May 25 2016 18:37:54     Jefferson Capital System,
                 16 McLeland Rd,   Saint Cloud, MN 56303
8425198        +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2016 18:37:47     MCM,   8875 Aero Drive, STE 200,
                 San Diego, CA 92123-2255
8425199         E-mail/Text: bkr@cardworks.com May 25 2016 18:37:35     Merrick Bank,   PO Box 5721,
                 Hicksville, NY 11802
8425200        +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2016 18:37:47     Midland Credit Management, Inc,
                 8875 Aero DR STE 2,   San Diego, CA 92123-2255
```

```
District/off: 0205-2           User: ldurrenbe              Page 3 of 3                  Date Rcvd: May 25, 2016
                               Form ID: 112                 Total Noticed: 124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
8425201        +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2016 18:37:47      Midland Funding LLC,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
8425207        +E-mail/Text: bankruptcydepartment@tsico.com May 25 2016 18:38:01      NCO Financial System,
                 P.O. Box 4907,    Trenton, NJ 08650-4907
8425206        +E-mail/Text: bankruptcydepartment@tsico.com May 25 2016 18:38:01      NCO Financial System,
                 P.O. Box 15740,    Wilmington, DE 19850-5740
8425205        +E-mail/PDF: pa_dc_claims@navient.com May 25 2016 18:39:00      Navient,    PO BOX 9500,
                 Wilkes Barre, PA 18773-9500
8437419         E-mail/PDF: pa_dc_litigation@navient.com May 25 2016 18:38:50
                 Navient Solutions Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
8425223        +E-mail/Text: appebnmailbox@sprint.com May 25 2016 18:37:47      Sprint,    P.O. Box 105243,
                 Atlanta, GA 30348-5243
8425224        +E-mail/PDF: gecsedi@recoverycorp.com May 25 2016 18:38:55      Synchrony Bank (JCP),
                 PO BOX 965008,    Orlando, FL 32896-5008
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8425213          QVC
8425187*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Special Procedures,    Stop 155,
                 135 High Street,    Hartford, CT 06106)
8425159        ##+Credit Controll, LLC,    245 East Roselawn,    Suite 25,    Maplewood, MN 55117-1989
8425164        ##+Encore,    P.O. Box 3330,    Olathe, KS 66063-3330
8425197        ##+Masseys,    Po Box 8959,    Madison, WI 53708-8959
                                                                                   TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2016 at the address(es) listed below:
          John J. O'Neil    joneil1776@yahoo.com, ct03@ecfcbis.com
          Molly T. Whiton    on behalf of Trustee Molly T. Whiton mtwhiton@mtwhiton.com
          Susan M. Williams    on behalf of Debtor Elnora M. Rowan susan@williams-law.com
          U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```

# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
May 25, 2016

In re:
Elnora M. Rowan
Last four digits of Social−Security No or other Individual
Taxpayer−Identification No (ITIN): xxx−xx−4328
                    Debtor(s)

Case Number: 15−20951 amn
Chapter: 7

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **June 23, 2016** at **10:00 AM** to consider and act upon the following matter(s):

> **Application for Compensation for Susan M. Williams, Debtor's Attorney, Fee: $2000.00, Expenses: $0. Filed by Susan M. Williams, Attorney. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Williams, Susan) (Re: Doc #63)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: May 25, 2016

For the Court

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − lad